IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01534-WYD-OES

LORA HOUSTON,

    Plaintiff(s),

v.

NATIONAL CREDIT ADJUSTERS, LLC, a Kansas limited liability company, d/b/a NCA,

    Defendant(s).

---

**ORDER OF DISMISSAL**

---

The parties have filed an Unopposed Motion to Dismiss with Prejudice on September 16, 2005.  After a careful review of the Motion and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorneys' fees.

Dated:  September 20, 2005

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge